■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS ORTIZ, Appellant. [614 NYS2d 267] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Firetog, J.), imposed April 7, 1993.

Ordered that the sentence is affirmed.

Having pleaded guilty with the understanding that he would receive the sentence actually imposed, the defendant has no basis to now complain that his sentence was unduly harsh or excessive *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Rosenblatt, Miller, Copertino and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOYCE OWENS, Appellant. [614 NYS2d 268] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered June 10, 1992, convicting her of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have examined the record and find that the defendant's plea of guilty was knowingly and intelligently entered. Appellate review of the remaining issue raised by the defendant was effectively waived by her as part of her plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Sullivan, J. P., Lawrence, Pizzuto, Joy and Goldstein, JJ., concur.